IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00034-WDM-MEH

LORA J. KRISTA,

    Plaintiff,

v.

MICHAEL A. LAFORTUNE,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion for default judgment is denied; default did not enter.

Dated:  May 11, 2006

                                            s/ Jane Trexler, Secretary/Deputy Clerk