IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00034-WDM-MEH

LORA J. KRISTA,

      Plaintiff,

v.

MICHAEL A. LaFORTUNE,

      Defendant.

## ORDER ON MOTION FOR SANCTIONS AGAINST PLAINTIFF

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

      Defendant has moved for sanctions against Plaintiff based on Plaintiff's failure to appear at the Scheduling Conference on April 26, 2006 and for failing to otherwise cooperate in preparing this case for discovery (Docket #24).  Plaintiff has responded, placing responsibility for this situation on a lack of communication between the parties which, of course, begs the question of whether Plaintiff has met her obligations under this Court's local rules and the Federal Rules of Civil Procedure. However, in the interim, on June 2, 2006, District Judge Walker Miller has dismissed this action. Even if the Court has jurisdiction to issue an order of sanctions after a case has been dismissed, given Plaintiff's *pro se* status and the relatively minimal burden placed on Defendant, the Court does not find that sanctions are warranted here.

      For these reasons, it is hereby ORDERED that the Motion for Sanctions (Filed May 15, 2006; Docket #24) is **denied**.

      Dated at Denver, Colorado, this 16th day of June, 2006.

                                        BY THE COURT:

                                        s/ Michael E. Hegarty
                                        Michael E. Hegarty
                                        United States Magistrate Judge